**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-2418

KEITH W. WORMACK,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Paul W. Grimm, Magistrate Judge. (CA-00-
315-L)

Submitted: April 30, 2001          Decided: May 23, 2001

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephen F. Shea, WILLONER, CALABRESE & ROSEN, P.A., College Park,
Maryland, for Appellant. Lynne A. Battaglia, United States Attor-
ney, Ariana Wright Arnold, Assistant United States Attorney,
Charlotte J. Hardnett, Acting General Counsel, Frank V. Smith, III,
Acting Deputy General Counsel, John S. Sacchetti, Associate General
Counsel, Ejike H. Obineche, Office of General Counsel, SOCIAL
SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Keith W. Wormack appeals the magistrate judge's order[*] entering summary judgment in favor of the Commissioner in Wormack's action for review of a final decision of the Commissioner of Social Security denying his claim for disability insurance benefits. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. See <u>Wormack v. Apfel</u>, No. CA-00-315-L (D. Md. Sept. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (1994).